**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | C.A. No. 12-639-LPS |
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC., *et al.*, <br><br> Defendants. | C.A. No. 12-641-LPS |
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | C.A. No. 12-642-LPS |
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RACKSPACE HOSTING, INC., *et al.*, <br><br> Defendants. | C.A. No. 12-675-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>    Defendant | C.A. No. 12-1078-LPS |

## STIPULATION TO REVISE SCHEDULING ORDER

All parties have consulted and agreed upon the following changes to the Scheduling Order (e.g., 12-642-LPS, D.I. 35). The following proposed changes to the Scheduling Order shall apply only to Defendant Oracle Corporation ("Oracle") and Plaintiff Clouding IP, LLC ("Clouding") with respect to the 12-642-LPS litigation:

1. On **May 24, 2013**, Oracle purportedly made a reproduction pursuant to Paragraph 4.b. and limited its reproduction to core technical documents based upon the newly defined accused functionalities of the accused products provided in Clouding and Oracle's Joint Letter to the Court (D.I. 69).[1]

2. Clouding's infringement contentions to Oracle pursuant to Paragraph 4.c. of the Default Standard shall be due on or before **July 26, 2013**.

3. Oracle's invalidity contentions pursuant to Paragraph 4.d. of the Default Standard shall be due within **60 days** after service of Clouding's infringement contentions pursuant to Paragraph 4.c.

4. All motions to join other parties, and to amend or supplement the pleadings, shall be filed on or before **September 3, 2013**. Notwithstanding the foregoing, all motions to add claims and/or affirmative defenses for inequitable conduct shall be filed on or before December 13, 2013. (D.I. 35, ¶ 3.)

5. The last day for Oracle and Clouding to respond to contention interrogatories, if served, shall be **September 3, 2013**, with responsive answers due within thirty (30) days. (D.I. 35, ¶ 4.e.ii.)

6. The parties shall exchange claim term(s)/phrase(s) for construction on **October 8, 2013**. (D.I. 35, ¶ 11.)

---

[1] Clouding has not yet finished reviewing Oracle's May 24th, 2013 production and nothing in this stipulation shall be construed as or constitute an admission by Clouding that Oracle has in fact has satisfied its discovery obligations with respect to Paragraph 4.b. of the Default Standard.

7. Clouding shall limit the number of claims asserted to forty (40) on or before **October 14, 2013**.  (D.I. 35, ¶ 2.a.)

8. Oracle and Clouding shall submit a Joint Claim Construction Chart on **October 14, 2013**.  (D.I. 35, ¶ 11.)

9. Document production, excluding email, shall be substantially complete by **October 25, 2013**.  (D.I. 35, ¶ 4.c.)

The following proposed changes to the Scheduling Order shall apply on in all five related cases (12-639-LPS; 12-641-LPS; 12-642-LPS; 12-675-LPS; 12-1078-LPS):

1. The parties shall submit an interim status report letter to the Court on **October 16, 2013**.  (e.g., 12-624-LPS, D.I. 35, ¶ 9.)

2. The parties (except for Oracle) shall submit a Joint Claim Construction Chart on **October 4, 2013**.  (e.g., 12-624-LPS, D.I. 35, ¶ 11.)

3. The parties shall contemporaneously submit opening claim construction briefs on **October 28, 2013**.  The parties shall contemporaneously submit responsive claim construction briefs on **November 25, 2013**.  (e.g., 12-624-LPS, D.I. 35, ¶ 12.)

The remainder of the dates in the Court's Scheduling Order shall remain unchanged.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Stephen B. Brauerman*<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>Tel: (302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Clouding IP LLC* | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Apple Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| By: */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendant Google Inc. and Motorola Mobility LLC* | By: */s/ Steven J. Balick*<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, LLC* |
| RICHARDS, LAYTON & FINGER, PA | MORRIS JAMES LLP |
| By: */s/ Elizabeth R. He*<br>Frederick L. Cottrell, III (#2555)<br>Elizabeth R. He (#5345)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7871<br>cottrell@rlf.com<br>he@rlf.com<br><br>*Attorneys for Defendant Oracle Corporation* | By: */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Tel: (302)888-6855<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendants Rackspace Hosting, Inc., Rackspace US Inc., and Jungle Disk LLC* |

IT IS SO ORDERED THIS ___ day of ____, 2013.

                                                       _____
                                                       The Honorable Leonard P. Stark
                                                       United States District Judge

IT IS SO ORDERED THIS ___ day of ____, 2013.

                                                       _____
                                                       The Honorable Leonard P. Stark
                                                       United States District Judge

IT IS SO ORDERED THIS ___ day of ____, 2013.

                                                   _____
                                                 The Honorable Leonard P. Stark
                                               United States District Judge