## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 25, 2014

The Honorable Leonard P. Stark  VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Clouding IP, LLC Cases:* C.A. Nos. 12-639, 641, and 675-LPS, and
      C.A. Nos. 13-1338, 1341, 1342, 1453, 1454, 1455, 1456, and 1458-LPS

Dear Chief Judge Stark:

On behalf of the defendants in the above cases, I am writing to request a teleconference to discuss issues relating to the structure of the upcoming combined Markman proceedings, which Mr. Looby asked that we do by letter. Plaintiff's counsel do not oppose this request.

The parties are at an impasse over a number of Markman-related issues, including the number of pages of briefing that are needed, whether and when expert declarants should be deposed, and how the taking of any expert depositions and filing of any expert declarations should be timed relative to the briefing.

During our November 18, 2013 scheduling conference, the Court expressed a desire to have a status conference to discuss precisely these kinds of issues. Your Honor said it should take place after submission of the joint claim construction chart and prior to the start of briefing, and that the parties should provide for such a conference in their scheduling order. Tr. at 40. The parties inadvertently failed to include that provision in the scheduling order, for which we apologize, but we would be grateful if Your Honor would accommodate us with such a teleconference now, as we are in need of the Court's guidance. The joint claim construction chart is due on August 6, and opening Markman briefs are due on September 12. Given the number of parties, patents, and claim terms involved, as well as issues regarding the possible depositions of experts and integration of testimony in the briefing, a call at Your Honor's earliest convenience after submission of the joint chart on August 6 would be greatly appreciated.

We appreciate the Court's consideration of this request.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

cc:  All Counsel of Record (via electronic mail)

{00879259;v1 }