IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 12-641-LPS |
| | : | |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **28th** day of **July, 2014**:

For the reasons set forth in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that:

1. Defendants Amazon.com, Inc. and Amazon Web Services LLC's motion to dismiss for lack of subject matter jurisdiction based on lack of standing (D.I. 112) is GRANTED.

2. Defendants Amazon.com, Inc. and Amazon Web Services LLC's motion joining EMC Corp., EMC International U.S. Holdings, Inc. and VMware, Inc.'s motion to dismiss (C.A. No. 13-1455-LPS D.I. 32, 33) (D.I. 164) is GRANTED.

3. Defendants Amazon.com, Inc. and Amazon Web Services LLC's motion joining Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk LLC's Motion to Dismiss (C.A. No. 12-675-LPS D.I. 166, 167) (D.I. 163) is GRANTED.

4. Defendants Amazon.com Inc., Amazon Web Services LLC, Google Inc., Motorola Mobility LLC, Jungle Disk LLC, Rackspace Hosting Inc., Rackspace

US Inc.'s motion to bifurcate damages from liability and to stay damages-related fact and expert discovery (D.I. 126) is DENIED AS MOOT.

5. Non-Party IP Navigation Group, LLC and Erich Spangenberg's motion for protective order (D.I. 176) is DENIED AS MOOT.

6. The parties shall submit a proposed redacted version of the Memorandum Opinion no later than **July 30, 2014.**

7. The Clerk of Court is directed to CLOSE this case.

_____
UNITED STATES DISTRICT JUDGE