**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | The Honorable Leonard P. Stark<br><br><br>C. A. No.: 12-0639-LPS |
| CLOUDING IP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., ET AL.,<br><br>    Defendants. | C. A. No.: 12-0641-LPS |
| CLOUDING IP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>RACKSPACE HOSTING, INC., ET AL.,<br><br>    Defendants. | C. A. No.: 12-0675-LPS |
| CLOUDING IP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>CA, INC. d/b/a/ CA TECHNOLOGIES,<br><br>    Defendant. | C. A. No.: 13-1338-LPS |

{00895362;v1 }

| | |
|---|---|
| CLOUDING IP, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant. | C. A. No.: 13-1341-LPS |
| CLOUDING IP, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T CORP., ET AL.,<br><br>　　　　Defendants. | C. A. No.: 13-1342-LPS |
| CLOUDING IP, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DROPBOX INC.,<br><br>　　　　Defendant. | C. A. No.: 13-1454-LPS |
| CLOUDING IP, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMC CORP., ET AL.,<br><br>　　　　Defendants. | C. A. No.: 13-1455-LPS |

| | |
|---|---|
| CLOUDING IP, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>SAP AG, ET AL.,<br><br>        Defendants. | C. A. No.: 13-1456-LPS |
| CLOUDING IP, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>VERIZON ONLINE, LLC, ET AL.,<br><br>        Defendants. | C. A. No.: 13-1458-LPS |

**DEFENDANTS' NOTICE OF SUBSEQUENT EVENTS RELATING TO CLOUDING IP'S MOTION FOR REARGUMENT AND RECONSIDERATION PURSUANT TO LOCAL RULE 7.1.5 AND FEDERAL RULES OF CIVIL PROCEDURE 59 AND 60**

Defendants alert the Court to a new fact relevant to the pending motion for reconsideration filed by Plaintiff, Clouding IP, LLC ("Clouding IP"). After Clouding IP argued to this Court on August 11, 2014, that it had obtained all substantial rights in the patents-in-suit through a new, undisclosed agreement with Symantec (*see* Case 1:12-cv-00641-LPS, D.I. 191 at p. 5), Clouding *Corporation* filed new complaints against all Defendants on September 10 in which it alleged that it, not Clouding IP, now owned the patents-in-suit. (*See* Case 1:14-cv-01173-LPS, D.I. 1 at p. 2 (exemplary complaint against Amazon).) Despite Clouding Corporation's allegation that it had been assigned the patents from Clouding IP, Clouding IP failed to inform the Court or any of Defendants that one of the alleged key new facts in its motion for reconsideration – that it now held all substantial rights in the patents-in-suit – was no longer the case.

Indeed, Clouding Corporation referenced the motion for reconsideration in its new complaints: "While the motion for reconsideration was pending and prior to the filing of the instant Complaint, Clouding IP, LLC transferred the patents asserted here and in the Clouding IP Litigation to Clouding Corp." (*Id.*.)

Because the transfer occurred after Defendants filed their opposition brief (*see* Ex. A (SEC filing stating that Clouding IP made this transfer on August 29 – one day after Defendants filed their opposition to the motion for reconsideration)), Defendants could not have addressed the transfer in that opposition. As a result of this transaction, Clouding IP appears to have no rights in the patents-in-suit – not even the limited rights it had when it filed the original Complaints against Defendants. Accordingly, Clouding IP's motion for reconsideration should be denied.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Jack B. Blumenfeld
    Jack B. Blumenfeld (#1014)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: (302) 658-9200
    jblumenfeld@mnat.com

*Attorneys for Defendants Google Inc. ,CA, Inc., Hewlett-Packard Company, EMC Corporation, EMC International US Holdings, Inc. and VMware, Inc.*


SEITZ ROSS ARONSTAM & MORITZ LLP

By: /s/ Benjamin J. Schladweiler
    Benjamin J. Schladweiler (#4601)
    100 S. West Street, Suite 400
    Wilmington, DE 19801
    Tel: (302)576-1600
    bschladweiler@seitzross.com

*Attorneys for Defendants AT&T Mobility LLC, AT&T Corp., Verizon Online LLC, Terremark North America LLC, and Verizon Business Network Services Inc.*


DUANE MORRIS LLP

By: /s/ Gary William Lipkin
    Gary William Lipkin (#4044)
    222 Delaware Avenue
    Suite 1600
    Wilmington, DE 19801-1659
    Tel: (302)657-4903
    gwlipkin@duanemorris.com

*Attorneys for Defendants SAP AG and SAP America, Inc.*


ASHBY & GEDDES

By: /s/ Andrew C. Mayo
    Steven J. Balick (#2114)
    Lauren E. Maguire (#4261)
    Andrew C. Mayo (#5207)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    (302) 654-1888
    sbalick@ashby-geddes.com
    lmaguire@ashby-geddes.com
    amayo@ashby-geddes.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services LLC, Rackspace Hosting, Inc., Rackspace US Inc., Jungle Disk LLC, and Dropbox, Inc.*

Dated: September 18, 2014